ANNIE McNEILL ET AL., APPELLANTS, V. JOHN STORITZ, APPELLEE.

FILED OCTOBER 31, 1913.   No. 17,379.

APPEAL from the district court for Platte county: GEORGE H. THOMAS, JUDGE. *Affirmed.*

*Allen G. Fisher, William P. Rooney* and *Andrew M. Morrissey,* for appellants.

*John J. Sullivan, James Rait* and *Reeder & Lightner,* contra.

LETTON, J.

This is a sister action to *McNeill v. Schumaker, ante,* p. 544, brought to recover 80 acres of the original 240-acre tract. The conclusion reached in that case determines the disposition of this. The judgment of the district court is

AFFIRMED.